SARAH LAWSON, Respondent, *v.* WILLIAM EGGLESTON, Appellant.

Reported below, 28 App. Div. 52.
(Argued May 9, 1898; decided May 13, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 1, 1898, affirming a judgment in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the grounds that no questions of law are involved in the appeal; that no certificate allowing the appeal has been granted by the Appellate Division or a judge of the Court of Appeals, and that the decision of the Appellate Division that there was evidence to support the verdict was unanimous.

*J. R. & M. B. Jewell* for motion.

*Thrasher & Leonard* opposed.

Motion denied, with ten dollars costs.

———

DAVID LINK, Appellant, *v.* WILLIAM MOORE, Respondent.

*Link* v. *Moore,* 84 Hun, 118, affirmed.
(Argued April 29, 1898; decided May 13, 1898.)

APPEAL from an order of the late General Term of the Supreme Court in the third judicial department, entered February 23, 1895, reversing an interlocutory judgment in favor of plaintiff, entered upon a decision of the court overruling a demurrer to the complaint on trial at Special Term, and directing judgment for the defendant.

*Edwin Countryman* for appellant.

*Chas. F. Doyle* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs, on opinion below.

All concur.